UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D'ARRIGO BROS. CO. OF NEW YORK, INC.,

                            Plaintiff,            Index No.: 07cv2926(JGK)

    -against-

                                              **AFFIDAVIT OF SERVICE**

GARY DIMICCO a/k/a GUY T. DEMICCO,

                            Defendant.

------------------------------------------------------------------X

STATE OF NEW YORK   )
COUNTY OF NASSAU   )ss.:

      I, DONNA MURPHY, being duly sworn, say; I am not a party to this action, am over 18 years of age and reside at Island Trees, New York.

      On July 20, 2007, I served the within Order to Show Cause for a Default Judgment by depositing a copy thereof enclosed in a Federal Express overnight delivery envelope in an official depository under the exclusive care and custody of the Federal Express within New York State, and by United States Fist Class Mail to each of the following persons at the last known address set forth after each name:

                GARY DIMICCO a/k/a GUY T. DEMICCO
                27 Carolyn Road
                Elizabeth, New Jersey 07201

                                                    _____
                                                    Donna Murphy

Sworn to before me this
20th day of July, 2007

_____
   Notary Public