*Koeltl, J*

LEONARD KREINCES, ESQ. (LK/6524)
KREINCES & ROSENBERG, P.C.
Attorneys for Plaintiff
900 Merchants Concourse, Suite 305
Westbury, New York 11590
Telephone: (516) 227-6500
Facsimile: (516) 227-6594

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARRIGO BROS. CO. OF NEW YORK, INC.

           Plaintiff,

  -against-

GARY DIMICCO a/k/a GUY T. DEMICCO

           Defendant.

Case No.:07CV2926(JGK)

**ORDER TO SHOW CAUSE FOR A DEFAULT JUDGMENT**

**UPON** the annexed affidavit of Leonard Kreinces, Esq. sworn to the 2nd day of July, 2007, and upon all the pleadings and proceedings had herein, it is

**ORDERED**, that the defendant, GARY DIMICCO a/k/a GUY T. DEMICCO, show cause before the Honorable John G. Koeltl, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 12B, New York, New York 10007, on July 30, 2007, at 2:30 o'clock a.m./p.m., or as soon thereafter as counsel can be heard, why a default judgment should not be entered pursuant to Federal Rules of Civil Procedure §55(b) in the sum of $19,716.50 based upon the defendant's failure to answer, appear or otherwise move with regard to the annexed complaint; and it is further

**ORDERED**, that this order to show cause together with copies of the papers upon which it

1

was granted be served upon the defendant, GARY DIMICCO a/k/a GUY T. DEMICCO or his attorney(s), by first class and overnight mail, on or before July 20, 2007, before 5:00 p.m.

Date: July 18, 2007
New York, New York

_____
JOHN G. KOELTL, U.S.D.J.

Z:\kreinces1\WORK\HUNTSPOINT\D'Arrigo Bros\Dimicco\Order to Show Cause default.wpd

THE DEFENDANT IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT BEING ENTERED AGAINST HIM, IN WHICH EVENT THE DEFENDANT WILL HAVE NO TRIAL.

THE PLAINTIFF SHALL FILE PROOF OF SERVICE OF THIS ORDER TO SHOW CAUSE BY July 27, 2007.

_____
7/18/07                              S.D.J.