USDS SDNY
DOCUMENT
ELECTRON...
DOC #: _____
DATE FILED: 7/30/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

        Plaintiff,

Case No.: 07 CV 2926 (JGK)

-against-

**DEFAULT JUDGMENT**

GARY DIMICCO a/k/a GUY T. DEMICCO,

        Defendant.

---

    This action having been commenced on April 12, 2007, by the filing of the Summons and Complaint, and thereafter, a copy of the Summons and Complaint was served on the defendant, GARY DIMICCO a/k/a GUY T. DEMICCO, and proof of such service having been filed with the Court, and time for the defendant, GARY DIMICCO a/k/a GUY T. DEMICCO, to answer the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant, GARY DIMICCO a/k/a GUY T. DEMICCO, in the liquidated amount of NINETEEN THOUSAND SEVEN HUNDRED SIXTEEN and 50/100 ($19,716.50) DOLLARS, with interest as set forth in the notice of $1,400.00 ~~at nine percent (9%) from February 2, 2006 in the amount of TWO THOUSAND SEVENTY-EIGHT and 60/100 ($2,478.60) DOLLARS,~~ plus costs and disbursements of this action in the amount of ONE HUNDRED NINETY AND 00/100 ($190.00) DOLLARS amounting in all to one ~~TWENTY-TWO~~ THOUSAND three hundred six and 50/100 ~~($22,385.10)~~ $21,306.50 ~~THREE EIGHTY FIVE and 10/100 ($21,385.10)~~ DOLLARS.

Dated: New York, New York
      July 30, 2007

                                                _____
                                                U.S.D.J.

                                      This document was entered on the docket on _____.